**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY GUESS, BRITTANY BELL, Individually and as Guardian Ad Litem for J.W., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>WILSHIRE-HDR I, LP; PK MANAGEMENT, LLC; L.A. PROPERTY GROUP, LP; GHC HOUSING, LLC; and DOES 1-50,<br><br>Defendants. | No. CV 17-7715 PA (ASx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's January 30, 2018 Minute Order that dismissed with prejudice the federal claim asserted by plaintiffs Beverly Guess, Brittany Bell, and J.W. (collectively "Plaintiffs") against defendants Wilshire-HDR I, LP, PK Management, LLC, L.A. Property Group, LP, and GHC Housing, LLC (collectively "Defendants") and declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims and dismissed those claims without prejudice,

//

//

1 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal claim is dismissed with prejudice and Plaintiffs' remaining state law claims are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing on their federal claims and that Defendants shall have their costs of suit.

DATED: January 30, 2018

                                                    Percy Anderson
                                    UNITED STATES DISTRICT JUDGE